JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| BRANDON CROSBY, | ) Case No. CV 16-4121-SP |
|---|---|
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| A. ARTHUR, Warden, | ) |
| Respondent. | ) |

Pursuant to the Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment,

IT IS HEREBY ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

Dated: September 19, 2019



_____
SHERI PYM
UNITED STATES MAGISTRATE JUDGE